-PROB 12
REVISED (05/90)

UNITED STATES DISTRICT COURT
for
**WESTERN DISTRICT OF TENNESSEE**

U.S.A. vs. Teresa Fortner                               Docket No. 2:02CR20429-01
                                                                         2:02CR20417-01

**Petition on Probation and Supervised Release**

     **COMES NOW** Christy J. Henson **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Teresa Fortner, who was placed on supervision by the Honorable Samuel H. Mays, Jr. sitting in the Court at Memphis, TN, on the 20th day of June, 2003, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall make regular restitution payments towards restitution amount, on a payment schedule to be determined by the Probation Officer.
2. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without the approval of the Probation Officer.
3. The defendant shall provide the Probation Officer access to any requested financial information.
4. The defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependancy which may include testing for the detection of substance use or abuse.
5. The defendant shall maintain lawful full-time employment.
6. The defendant shall obtain her General Education Development (G.E.D.) Diploma.
7. The defendant shall pay restitution in the amount of $2,576.18. (Balance: $2,027.18)

\*       Term of Supervised Release Began: June 20, 2003, after a sentence of time served.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since beginning supervision Ms. Fortner has been struggling to make restitution payments due to unemployment and low wages. After reviewing Teresa Fortner's finances, it appears 5% of her gross income monthly income could be paid towards her obligation.

**PRAYING THAT THE COURT WILL ORDER** that Teresa Fortner's restitution payments be set at five percent (5 %) of her gross income per month.

**ORDER OF COURT**                                                  Respectfully,

Considered and ordered this 5th day of
May, 2005 and ordered filed and made a                    _____
part of the records in the above case.                          Christy J. Henson
                                                                                  United States Probation Officer

_____
United States District Judge                                       Place:   Memphis, TN

                                                                                  Date:    May 5, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:02-CR-20429 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT